# Karen Jackson

## Proof of Income
## Filed Pursuant To Rule 1007-4

## Case No.: 20-20047

In the United States Bankruptcy Court
For the Western District of Pennsylvania

In Re:                              :
    Karen Jackson,              :    Case No. 20-20047
        Debtor                  :    Chapter 13

### CERTIFICATION OF NO PAY ADVICES

I, Karen Jackson, hereby certify that I am retired. I have been retired for at least the last six months. Therefore, I do not have any paystubs to provide for that period.

I hereby certify that I receive the following monthly income from the following sources:

    Pension                              $ 3,153.00

I certify that this is all of the income that I receive.


January 22, 2020                                  /s/ Karen Jackson
      DATE                                        Karen Jackson