IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Karen Jackson | ) | Case No. 20-20047 CMB |
| a/k/a Karen Jackson-Garner | ) | Chapter 13 |
| a/k/a Karen J. Garner | ) | |
| a/k/a Karen Garner, | ) | |
|     *Debtor* | ) | Related to: Document No. 20 |
| | ) | |
| Karen Jackson, | ) | |
|     *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this __3rd__ day of __February__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that the Voluntary Petition is hereby Amended to reflect that the debtor has an additional alias of Karen Garner-Jackson.

~~FURTHER ORDERED:~~

_____ J.
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/3/20 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20047-CMB
Karen Jackson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut              Page 1 of 1              Date Rcvd: Feb 03, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db             +Karen Jackson,    1421 Graham Avenue,    Monessen, PA 15062-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Karen  Jackson asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4