**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20047−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Karen Jackson
   aka Karen Jackson−Garner, aka Karen J.
   Garner, aka Karen Garner−Jackson, and
   others...
   1421 Graham Avenue
   Monessen, PA 15062

Social Security No.:
   xxx−xx−9538

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor − Gulf Tower<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 8, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 8, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Carlota M. Bohm
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                          Case No. 20-20047-CMB
Karen Jackson                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut                Page 1 of 3          Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID         Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Karen Jackson,    1421 Graham Avenue,    Monessen, PA 15062-1907
15179606       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15179607       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15179621       +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15179620       +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
15179624       +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15179625       +I.c. System, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
15179630       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15179633       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,
                 San Diego, CA 92108-3007
15179644       +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
15179646       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
15206216        UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:11
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:45:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15187981        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:11
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
15179605       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:11
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
15179604       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:11
                 AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
15179608       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:45:34      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15179609       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:47:39      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15183425        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:45:33
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
15179613       +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:56      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15179610       +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:56      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
15180786       +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15190058        E-mail/Text: operationsclerk@easypayfinance.com Mar 26 2020 04:51:25
                 Duvera Financial dba EasyPay Finance,    c/o EasyPay Finance,    PO Box 2549,
                 Carlsbad, CA 92018
15179622        E-mail/Text: operationsclerk@easypayfinance.com Mar 26 2020 04:51:25
                 Easy Pay/Duvera Collections,    3220 Executive Ridge,    Vista, CA 92081
15188697        E-mail/Text: operationsclerk@easypayfinance.com Mar 26 2020 04:51:25      EasyPay Finance,
                 PO Box 2549,    Carlsbad, CA 92018
15212286        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:46      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15179626        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:47      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
15179618        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:47:25      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15179616        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:45:25      Chase Card Services,
                 Po Box 15369,    Wilmington, DE 19850
15179627        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:47      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
15179629        E-mail/Text: camanagement@mtb.com Mar 26 2020 04:52:14      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
15179628        E-mail/Text: camanagement@mtb.com Mar 26 2020 04:52:14      M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
15215931        E-mail/Text: camanagement@mtb.com Mar 26 2020 04:52:14      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
15204004       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2020 04:54:03      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15179636        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:17
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
15179638        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:48:01
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
```

```
District/off: 0315-2          User: mgut                  Page 2 of 3                   Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15198230         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:58
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15204851        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:47      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15179640        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:50      Syncb/PPC,   Po Box 965005,
                 Orlando, FL 32896-5005
15179641        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:34      Syncb/PPC,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15180457        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15212842        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
15179643        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:23      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
15179642        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:51      Synchrony Bank/Lowes,
                 Po Box 956005,    Orlando, FL 32896-0001
15179648        +E-mail/Text: bankruptcydepartment@tsico.com Mar 26 2020 04:55:29     Transworld Sys Inc/51,
                 Pob 15273,    Wilmington, DE 19850-5273
15179651        +E-mail/Text: bankruptcydepartment@tsico.com Mar 26 2020 04:55:28     Transworld Sys Inc/51,
                 Attn: Bankruptcy,    Po Box 15618,   Wilmington, DE 19850-5618
                                                                                             TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing LLC
15179614*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
15179615*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
15179611*      +Cavalry Portfolio Services,    500 Summit Lake Drive,    Valhalla, NY 10595-2322
15179612*      +Cavalry Portfolio Services,    500 Summit Lake Drive,    Valhalla, NY 10595-2322
15179623*     ++EASYPAY FINANCE,    PO BOX 2549,    CARLSBAD CA 92018-2549
               (address filed with court: Easy Pay/Duvera Collections,     3220 Executive Ridge,
                 Vista, CA 92081)
15179619*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
15179617*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,     Po Box 15369,   Wilmington, DE 19850)
15179631*      +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15179632*      +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15179634*      +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
15179635*      +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
15179637*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
15179639*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     Attn: Bankrupcty,    120 Corporate Blvd,
                 Norfold, VA 23502)
15179647*      +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
15179645*      +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
15179649*      +Transworld Sys Inc/51,    Pob 15273,    Wilmington, DE 19850-5273
15179650*      +Transworld Sys Inc/51,    Pob 15273,    Wilmington, DE 19850-5273
15179652*      +Transworld Sys Inc/51,    Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
15179653*      +Transworld Sys Inc/51,    Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
                                                                                TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2                User: mgut                    Page 3 of 3                    Date Rcvd: Mar 25, 2020
                                    Form ID: rscCOVID             Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Karen  Jackson asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```