*FILING FEE PAID* Yes ✓ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Jackson, Karen    JAD/TPA/CMB/GLT
Case Number: 20-20047

Date of Meeting: 7 / 6 / 20    Recording # _____
Debtor(s) present ✓ or Not Present ___ ( ___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Steidl, Abby    (Present ✓ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period __ 3 yrs __ 5 yrs

Source of $ - retired from state -
16, 17, 18 unfiled Ga. Dept of Revenue -

No payments - Debtor to set up TSA.
July + August payments

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 8-27-20 at 11:00 am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee