# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | KAREN JACKSON |
| Case Number: | 20-20047-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 27, 2020 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/2/20 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 Chapter 13 Plan Dated 01/17/2020 (N)
R / M #:  0 / 0

**Appearances:**

Debtor: A. Stedl
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[handwritten: 7 months into case. No payments. $12950 in arrears thru 8/20]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

8/20/2020    4:41:38PM