**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Karen Jackson** | : | Case No. 20–20047–CMB |
| **aka Karen Jackson–Garner, aka Karen J.** | : | Chapter: 13 |
| **Garner, aka Karen Garner–Jackson, and** | : | |
| **others...** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   **AND NOW,** this ***The 2nd of September, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1) The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

<br>

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20047-CMB
Karen Jackson                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 3          Date Rcvd: Sep 02, 2020
                             Form ID: 309          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db          +Karen Jackson,    1421 Graham Avenue,    Monessen, PA 15062-1907
15179630    +Midland Funding,    320 East Big Beaver,   Troy, MI 48083-1271
15179633    +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
             San Diego, CA 92108-3007
15179644    +The Bureaus Inc,    650 Dundee Road,   Northbrook, IL 60062-2747
15179646    +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,   Northbrook, IL 60062-2757
15206216     UPMC Physician Services,    PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: PHINAMERI.COM Sep 03 2020 07:53:00     Americredit Financial Services, Inc. Dba GM Financ,
             P.O Box 183853,    Arlington, TX 76096-3853
cr          +EDI: PRA.COM Sep 03 2020 07:53:00     PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
15187981     EDI: PHINAMERI.COM Sep 03 2020 07:53:00     Americredit Financial Services, Inc.,
             Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
15179605    +EDI: PHINAMERI.COM Sep 03 2020 07:53:00     AmeriCredit/GM Financial,    Attn: Bankruptcy,
             Po Box 183853,    Arlington, TX 76096-3853
15179604    +EDI: PHINAMERI.COM Sep 03 2020 07:53:00     AmeriCredit/GM Financial,    Po Box 181145,
             Arlington, TX 76096-1145
15179607    +EDI: TSYS2.COM Sep 03 2020 07:53:00     Barclays Bank Delaware,    Attn: Correspondence,
             Po Box 8801,    Wilmington, DE 19899-8801
15179606    +EDI: TSYS2.COM Sep 03 2020 07:53:00     Barclays Bank Delaware,    P.o. Box 8803,
             Wilmington, DE 19899-8803
15179608    +EDI: CAPITALONE.COM Sep 03 2020 07:53:00     Capital One,    Po Box 30281,
             Salt Lake City, UT 84130-0281
15179609    +EDI: CAPITALONE.COM Sep 03 2020 07:53:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
15183425     EDI: CAPITALONE.COM Sep 03 2020 07:53:00     Capital One Bank (USA), N.A.,
             by American InfoSource as agent,    Po Box 71083,   Charlotte, NC  28272-1083
15179613    +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 04:58:58     Cavalry Portfolio Services,
             Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15179610    +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 04:58:58     Cavalry Portfolio Services,
             500 Summit Lake Drive,    Valhalla, NY 10595-2322
15180786    +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 04:58:58     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15179620    +EDI: TSYS2.COM Sep 03 2020 07:53:00     Deptartment Store National Bank/Macy's,    Po Box 8218,
             Mason, OH 45040-8218
15179621    +EDI: TSYS2.COM Sep 03 2020 07:53:00     Deptartment Store National Bank/Macy's,
             Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
15190058     E-mail/Text: operationsclerk@easypayfinance.com Sep 03 2020 04:56:59
             Duvera Financial dba EasyPay Finance,    c/o EasyPay Finance,    PO Box 2549,
             Carlsbad, CA 92018
15179622     E-mail/Text: operationsclerk@easypayfinance.com Sep 03 2020 04:56:59
             Easy Pay/Duvera Collections,    3220 Executive Ridge,    Vista, CA 92081
15188697     E-mail/Text: operationsclerk@easypayfinance.com Sep 03 2020 04:56:59     EasyPay Finance,
             PO Box 2549,    Carlsbad, CA 92018
15179624    +EDI: AMINFOFP.COM Sep 03 2020 07:53:00     First PREMIER Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
15179625    +EDI: IIC9.COM Sep 03 2020 07:53:00     I.c. System, Inc,    Po Box 64378,
             Saint Paul, MN 55164-0378
15212286     EDI: JEFFERSONCAP.COM Sep 03 2020 07:53:00     Jefferson Capital Systems LLC,    Po Box 7999,
             Saint Cloud Mn 56302-9617
15179626     EDI: JEFFERSONCAP.COM Sep 03 2020 07:53:00     Jefferson Capital Systems, LLC,    16 Mcleland Rd,
             Saint Cloud, MN 56303
15179618     EDI: JPMORGANCHASE Sep 03 2020 07:53:00     Chase Card Services,    Attn: Bankruptcy,
             Po Box 15298,    Wilmington, DE 19850
15179616     EDI: JPMORGANCHASE Sep 03 2020 07:53:00     Chase Card Services,    Po Box 15369,
             Wilmington, DE 19850
15179627     EDI: JEFFERSONCAP.COM Sep 03 2020 07:53:00     Jefferson Capital Systems, LLC,    Po Box 1999,
             Saint Cloud, MN 56302
15179629     E-mail/Text: camanagement@mtb.com Sep 03 2020 04:57:31     M & T Bank,    Attn: Bankruptcy,
             Po Box 844,    Buffalo, NY 14240
15179628     E-mail/Text: camanagement@mtb.com Sep 03 2020 04:57:31     M & T Bank,    Po Box 900,
             Millsboro, DE 19966
15215931     E-mail/Text: camanagement@mtb.com Sep 03 2020 04:57:31     M&T Bank,    PO Box 840,
             Buffalo, NY 14240
15204004    +EDI: MID8.COM Sep 03 2020 07:53:00     Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
15179636     EDI: PRA.COM Sep 03 2020 07:53:00     Portfolio Recovery,    120 Corporate Blvd Ste 100,
             Norfolk, VA 23502
15179638     EDI: PRA.COM Sep 03 2020 07:53:00     Portfolio Recovery,    Attn: Bankruptcy,
             120 Corporate Blvd,    Norfold, VA 23502
15198230     EDI: PRA.COM Sep 03 2020 07:53:00     Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541

```
District/off: 0315-2          User: gamr              Page 2 of 3              Date Rcvd: Sep 02, 2020
                              Form ID: 309            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15204851      +EDI: JEFFERSONCAP.COM Sep 03 2020 07:53:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
15179640      +EDI: RMSC.COM Sep 03 2020 07:53:00      Syncb/PPC,   Po Box 965005,   Orlando, FL 32896-5005
15179641      +EDI: RMSC.COM Sep 03 2020 07:53:00      Syncb/PPC,   Attn: Bankruptcy,   Po Box 965060,
               Orlando, FL 32896-5060
15180457      +EDI: RMSC.COM Sep 03 2020 07:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
15212842      +EDI: RMSC.COM Sep 03 2020 07:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk VA 23541-1021
15179643      +EDI: RMSC.COM Sep 03 2020 07:53:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
15179642      +EDI: RMSC.COM Sep 03 2020 07:53:00      Synchrony Bank/Lowes,   Po Box 956005,
               Orlando, FL 32896-0001
15179648      +E-mail/Text: bankruptcydepartment@tsico.com Sep 03 2020 04:59:16      Transworld Sys Inc/51,
               Pob 15273,   Wilmington, DE 19850-5273
15179651      +E-mail/Text: bankruptcydepartment@tsico.com Sep 03 2020 04:59:16      Transworld Sys Inc/51,
               Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
                                                                                        TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing LLC
15179614*     +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
               Valhalla, NY 10595-2322
15179615*     +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
               Valhalla, NY 10595-2322
15179611*     +Cavalry Portfolio Services,   500 Summit Lake Drive,   Valhalla, NY 10595-2322
15179612*     +Cavalry Portfolio Services,   500 Summit Lake Drive,   Valhalla, NY 10595-2322
15179623*    ++EASYPAY FINANCE,   PO BOX 2549,   CARLSBAD CA 92018-2549
               (address filed with court:  Easy Pay/Duvera Collections,   3220 Executive Ridge,
               Vista, CA 92081)
15179619*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court:  Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850)
15179617*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court:  Chase Card Services,   Po Box 15369,   Wilmington, DE 19850)
15179631*     +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
15179632*     +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
15179634*     +Midland Funding,   Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
               San Diego, CA 92108-3007
15179635*     +Midland Funding,   Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
               San Diego, CA 92108-3007
15179637*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,   120 Corporate Blvd Ste 100,
               Norfolk, VA 23502)
15179639*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,
               Norfold, VA 23502)
15179647*     +The Bureaus Inc,   Attn: Bankruptcy,   650 Dundee Rd, Ste 370,   Northbrook, IL 60062-2757
15179645*     +The Bureaus Inc,   650 Dundee Road,   Northbrook, IL 60062-2747
15179649*     +Transworld Sys Inc/51,   Pob 15273,   Wilmington, DE 19850-5273
15179650*     +Transworld Sys Inc/51,   Pob 15273,   Wilmington, DE 19850-5273
15179652*     +Transworld Sys Inc/51,   Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
15179653*     +Transworld Sys Inc/51,   Attn: Bankruptcy,   Po Box 15618,   Wilmington, DE 19850-5618
                                                                       TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: gamr              Page 3 of 3          Date Rcvd: Sep 02, 2020
                             Form ID: 309             Total Noticed: 47

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
      Abagale E. Steidl    on behalf of Debtor Karen  Jackson asteidl@steidl-steinberg.com,
     julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
     ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                               TOTAL: 4